UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO.: 5:22-CR-0368 |
| MIGUEL SALINAS, JR. | § § | |

## MOTION FOR ORDER OF FORFEITURE AT SENTENCE

NOW COMES the United States of America, by and through Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, and the undersigned, Assistant United States Attorney, and respectfully submits this Motion for Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b) in the above-styled case. In support thereof, the United States sets forth the following:

1. On August 4, 2022, Defendant, Miguel Salinas, Jr., entered a guilty plea before United States Magistrate Judge Christopher dos Santos to count one of the Superseding Indictment charging him of being a felon and knowingly possessing a firearm in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). The Superseding Indictment included a Notice of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), in which the United States sought forfeiture of a Glock, Model 27, .40 caliber pistol, serial number BGL793 (hereinafter "Subject Property").

2. The oral factual basis submitted by the government in support of the plea and forfeiture establishes the requisite nexus between the Subject Property and the offense of possession of a firearm by a felon. Moreover, Defendant Miguel Salinas, Jr., agreed to the forfeiture of the Subject Property at the time he entered his guilty plea.

3.	In accordance with Rule 32(i)(4) Defendant Miguel Salinas, Jr. should be provided the opportunity to allocute as to any matter in mitigation of his sentence, including the forfeiture of Subject Property.

4.	Defendant Miguel Salinas, Jr. is scheduled to be sentenced on May 25, 2023. Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure provides "[a]t sentencing…the order of forfeiture becomes final as to the defendant." Furthermore, Rule 32.2(b)(4)(B) requires that the order of forfeiture be included, directly or by reference, in the judgment.

5.	Upon completion of publication of the Order of Forfeiture on an official government forfeiture internet site, the United States will submit its Final Order of Forfeiture as to the Subject Property identifies herein.

Accordingly, the United States requests that the Court issue an Order of Forfeiture as to the defendant and that it be made part of his sentence and judgment of conviction.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By: */s/ Mary Ellen Smyth*
MARY ELLEN SMYTH
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

On the 24th, day of May, 2023, the above Motion for Issuance of Order of Forfeiture and proposed order was served upon the Defendant, by and through his attorney of record via electronic filing.

                                                                                       */s/ Mary Ellen Smyth*
                                                                                       MARY ELLEN SMYTH
                                                                                       Assistant United States Attorney